UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| DENNIS DEAN ANDERSON, | ) | Case No: 08-20339 EEB |
| XXX-XX-6568 | ) | |
| | ) | |
| and | ) | Chapter 7 |
| | ) | |
| LYNETTE KAY ANDERSON, | ) | |
| XXX-XX-0361 | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | |
| | ) | |
| TERRENCE SPENCER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Adv. Proceeding: 08-1552 EEB |
| | ) | |
| FIVE OAKS HOMES, INC., DENNIS | ) | US District Court Case No: 09-cv-02372-AP |
| ANDERSON and | ) | |
| LYNETTE ANDERSON, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER FOR EXTENSION OF TIME**

This matter comes before the Court on the Motion for Extension of Time to file Statement of Issues and Designation of Record filed by John Turner, attorney for Defendant-Appellant Dennis Anderson. The Court having reviewed the Motion and being fully advised,

IT IS ORDERED that an extension of time is granted to and including October 28, 2009, for the Defendant-Appellant to file his Statement of Issues and Designation of Record.

Dated: October 19, 2009

BY THE COURT:

Elizabeth E. Brown,
United States Bankruptcy Judge