# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. **09-cv-2372-AP**

IN RE:
**DENNIS DEAN ANDERSON and**
**LYNETTE KAY ANDERSON,**

      Debtors.

**DENNIS ANDERSON,**

      Appellant,

v.

**TERRENCE SPENCER,**

      Appellee.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

Appellant's Motion to Amend Statement of Issues on Appeal (doc. #18), is **DENIED** with leave to re-file, for failure to comply with D.C.COLO.LCivR 7.1A.  Counsel should also consult the local rules regarding proper formatting of documents (*see* D.C.COLO.LCivR 10.1E).

Dated:  February 3, 2010